**Terry L. BRAMWELL, Plaintiff—Appellant,**

v.

**Raymond IGLECIA, Doctor, Defendant—Appellee,**

**and**

**Johnny Newhart, Sheriff, Defendant.**

No. 07–6706.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 30, 2007.

Decided: Sept. 7, 2007.

Terry L. Bramwell, Appellant Pro Se. Andrew Joseph Terrell, Whiteford, Taylor & Preston, Washington, DC, for Appellee.

Before MICHAEL, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terry L. Bramwell appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Bramwell v. Iglecia,* No. 3:05–cv–00475 (E.D. Va. Mar. 22, 2007). We dispense with oral

argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*